PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
J.S.D.C. Atlanta

DEC 27 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

U. S. A. vs. Justis Bosh, a/k/a Jeffery Bosch                                    Docket No. 1:04-CR-272-CAP

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW C. Dan Craven PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Justis Bosh, a/k/a Jeffery Bosch who was placed on supervision for the offense of Robbery and Use of Firearm, 18 USC 1951 and 924 (c), by the Honorable Edward R. Korman sitting in the court at Eastern District of New York, on the 2nd day of May 2000 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall perform 8 hours of community service under the guidance and supervision of the U.S. Probation Officer (modified by the Court 10/01/04).

The defendant shall not illegally possess a controlled substance.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

Jurisdiction transferred from Eastern New York on 2/11/04.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**The defendant shall not commit another federal, state, or local crime.** On 5/19/2004, the defendant was convicted of Family Violence/Battery, Contributing to Deprivation of a Minor, Cruelty to Children 2nd Degree, and Obstruction/Hindering Law Enforcement in Criminal Action No. 04M2533. Upon his plea of guilty, the defendant was sentenced to serve 12 months, of which 11 months and two days were probated. A condition of his probation stated the defendant was prohibited from having violent contact with the victim, Latasha Rich. On 11/19/04, the defendant's probation was revoked, to serve five months and two days, based on the new below listed domestic violence charges and on violation of special conditions of probation. The defendant was represented by counsel.

On 10/19/04, the defendant was arrested by Cobb County Police and charged with Battery/Domestic Violence (victim Latasha Rich), Cruelty to Children 3rd Degree and Interference with 911 Call. On 11/19/04, the defendant entered a guilty plea in Criminal Action No. 04M6169, to charges of Family Violence Battery, Obstruction of 911Call, and Cruelty to Children-Third Degree. The defendant was sentenced to serve 18 months, provided that upon service of five (5) months and two (2) days, the remainder of 12 months and 28 days were ordered to be served on probation. The defendant was represented by counsel.

On 1/07/04, the defendant was arrested by the Atlanta Police Department and charged with Possession of Cocaine. The defendant was indicted under O.C.G.A. 16-13-30 in case number 04-SC-12490 in Fulton County Superior Court on this charge and the case remains pending trial. On 12/31/03, the defendant was arrested by Atlanta Police and charged with Aggravated Assault, under O.C.G.A.16-5-21, and Reckless Driving ( misdemeanor). The defendant was indicted by a Fulton County Grand Jury on these charges in case number 04-SC-12540 and is pending trial. The defendant is represented by counsel.

**The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of his release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.** The defendant submitted urine specimens which tested positive for cocaine on 1/14/04, 2/2/04 and 2/11/04. The defendant tested positive by urinalysis testing for THC/marijuana on 8/17/04 and 9/15/04.

The defendant failed to report for scheduled urinalysis testing on 11/3/03, 1/6/04, 2/20/04, 3/11/04 and 5/11/04.

**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** The defendant failed to provide proof of attendance for Narcotics Anonymous at the rate of three meetings weekly for the months of November and December 2003, and January, February, March, April, June, July, August, September, and October 2004.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Justis Bosh, a/k/a Jeffery Bosch and that Justis Bosh, a/k/a Jeffery Bosch be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this 23 day of Dec, 2004

and ordered filed and made a part of the records in the above case.

Honorable Charles A. Pannell
U. S. District Court Judge

Respectfully,

C. Dan Craven
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: December 22, 2004

Alvenia P. Singleton
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia
### WARRANT FOR ARREST

**UNITED STATES OF AMERICA**

v.

**Justis Bosh, a/k/a Jeffery Bosch**

Case Number: 1:04-CR-272-CAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Justis Bosh, a/k/a Jeffery Bosch and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

Convicted of Family Violence/Battery, Contributing to Delinquency of a Minor, Cruelty to Children 2nd Degree and Obstruction/Hindering Law Enforcement in Cobb County State Court on 5/19/04; convicted of Family Violence Battery, Obstruction of 911 Call, Cruelty to Children 3rd Degree in Cobb County State Court on 11/19/04; Indicted in Fulton County Superior Court on 1/16/04 on Possession of Cocaine and Aggravated Assault and Reckless Driving (pending trial); Use of illegal drugs indicated by urinalysis for cocaine on 1/14/04, 2/2/04, 2/11/04 and for THC on 8.17.04 and 9/14/04; Failure to report for scheduled drug testing on 11/3/03, 1/6/04, 2/20/04, 3/11/04 and 5/11/04; Failure to provide to the probation officer proof of Narcotics Anonymous attendance for Nov. and Dec. 2003 and Jan., Feb., Mar., Apr., June, July, Aug., Sept., and Oct. 2004, in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_____          23 Dec 2004          Atlanta
Honorable Charles A. Pannell, Jr.          Date                 Location
U. S. District Court Judge

Bail fixed at $ __NO BOND_____  By _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

NOTE: SUBJECT IS IN CUSTODY IN THE COBB COUNTY JAIL UNDER JEFFERY BOSCH.

DEFENDANT'S NAME: Justis Bosh, a/k/a Jeffery Bosch

ALIAS: Jeffery Alan Bosch, Kenneth Brown, Yoel Thomas, and Jorge Nobie. Note: true name is Jeffery Bosch

LAST KNOWN RESIDENCE: 1848 Hidden Glen Drive, Marietta, GA 30067% Latasha Rich, fiancee.

LAST KNOWN EMPLOYMENT: Magicball, Inc., Atlanta, GA

PLACE OF BIRTH: Brooklyn, New York

DATE OF BIRTH: 11/13/1969

SOCIAL SECURITY NUMBER: 095 56 1755

HEIGHT: 5'4"                                       WEIGHT: 165

SEX: Male                                          RACE: Black

HAIR: Brown (with dredlocks)                       EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: left abdominal scar/stab wound; center abdomen surgical scar; right thigh gunshot scar. Tattoos: Neck: "Pardon Madre-Kathleen"; right arm: "Stoneface"; left arm: "Justis"; Back: "Supreme Rec".

FBI NUMBER: 901231EA7

COMPLETE DESCRIPTION OF AUTO: none

### INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
100 HARTSFIELD Centre Pkwy, Ste. 620
Atlanta, GA 30354
C. Dan Craven
Sr. U. S. Probation Officer
(404) 762-4620 X227