

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JUSTIS BOSH,
a/k/a Jeffery Bosch
    Defendant.

CRIMINAL ACTION
NO. 1:04-CR-272-CAP

ORDER/JUDGMENT

On this 3rd day of February, 2005, came the attorney for the government and the defendant appeared in person and with counsel, Millie Dunn.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on May 2, 2000, for the period of THREE (3) years, and the defendant having admitted that he violated the terms and conditions of his supervised release,

IT IS ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of TWELVE (12) MONTHS and One (1) Day with no supervised release to follow. The defendant is remanded to the custody of the United States Marshal.

IT IS ORDERED that the Clerk deliver a certified copy of this order and judgment to the United States Marshal or other qualified

officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this 3 day of February, 2005.

_____
CHARLES A. PANNELL, JR.
United States District Judge